IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **PAUL SHIELDS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GRAY DAVIS, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. C 07-0157 RMW<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF PAUL SHIELDS, CDCR No. K-07524**<br><br>Settlement<br>Conference Date:　June 25, 2008<br>Time:　　　　　　　1:00 p.m.<br>Courtroom:　　　　G, 15th Floor<br>Location:　　　　　San Francisco<br>Magistrate Judge:　The Honorable Nandor Vadas |

TO THE WARDEN OF SAN QUENTIN STATE PRISON OR THE CUSTODIAN OF INMATE PAUL SHIELDS:

　　Inmate **Paul Shields, CDCR No. K-07524**, is confined at San Quentin State Prison, 1 Main Street, San Quentin, California, 94964. Inmate Shields has a scheduled settlement conference before Magistrate Judge Nandor Vadas on June 25, 2008, 1:00 p.m., at the federal courthouse in San Francisco. To secure his attendance at this conference, the Court orders you to produce inmate Shields to Courtroom G of the United States District Court, 450 Golden Gate Avenue, San Francisco, California. Upon completion of the court proceeding, you are to return inmate Shields to the prison.

[Proposed] Order & Writ of Habeas Corpus Ad Testific. Transport　　　　　　　　　　　　　*Shields v. Davis, et al.*
Pl. Paul Shields, CDCR No. K-07524　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-0157 RMW

    The Court further orders you to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

    IT IS SO ORDERED.

Dated: 6/16/08  _____

The Honorable Nandor Vadas
United States Magistrate Judge