IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL SHIELDS,<br><br>                              Plaintiff,<br><br>v.<br><br>GRAY DAVIS, et al.,<br><br>                              Defendants. | Case No. C 07-0157 RMW<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF PAUL SHIELDS, CDCR No. K-07524**<br><br>Settlement<br>Conference Date:   June 25, 2008<br>Time:                       1:00 p.m.<br>Courtroom:             G, 15th Floor<br>Location:                 San Francisco<br>Magistrate Judge:   The Honorable Nandor Vadas |

TO THE WARDEN OF SAN QUENTIN STATE PRISON OR THE CUSTODIAN OF INMATE PAUL SHIELDS:

Inmate **Paul Shields, CDCR No. K-07524**, is confined at San Quentin State Prison, 1 Main Street, San Quentin, California, 94964. Inmate Shields has a scheduled settlement conference before Magistrate Judge Nandor Vadas on June 25, 2008, 1:00 p.m., at the federal courthouse in San Francisco. To secure his attendance at this conference, the Court orders you to produce inmate Shields to Courtroom G of the United States District Court, 450 Golden Gate Avenue, San Francisco, California. Upon completion of the court proceeding, you are to return inmate Shields to the prison.

1  The Court further orders you to notify the Court of any change in custody of this inmate and
2  to provide the new custodian with a copy of this writ.
3  IT IS SO ORDERED.

5  Dated: 6/16/08  _____
   The Honorable Nandor Vadas
6  United States Magistrate Judge

[Proposed] Order & Writ of Habeas Corpus Ad Testific. Transport                *Shields v. Davis, et al.*
Pl. Paul Shields, CDCR No. K-07524                                              Case No. C 07-0157 RMW

2