**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SHIELDS,<br><br>    Plaintiff,<br><br>    v<br><br>GRAY DAVIS et al.,<br><br>    Defendants. | Case No C 07-0157 RMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

     A settlement conference in this matter was held on June 25, 2008. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Neah Huynh

    ☒ Other: California Department of Corrections and Rehabilitation

1   (2)   The following individuals, parties, and/or representatives did not appear:
2   (3)   The outcome of the proceeding was:
3         ☐ The case has been completely settled.
4         ☒ The case has been partially resolved and counsel have submitted a joint
5   stipulation, docket number 32, specifying those claims which have been resolved.
6         ☐ The parties agree to an additional follow up settlement on
7   _____.
8         ☐ The parties are unable to reach an agreement at this time.
9
10  Date: 7/1/08                               _____
                                               Nandor J Vadas
11                                             United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIELDS | No. C 07-0157 RMW |
| v. | CERTIFICATE OF SERVICE |
| DAVIS | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/1/08 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Paul Andrew Shields**
K-07524
San Quentin State Prison
4-H-45 L
San Quentin, CA 94974

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3