1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  NEAH HUYNH, State Bar No. 235377
   Deputy Attorney General                       E-FILED 7/9/08
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5720
     Fax:  (415) 703-5843
8    Email:  Neah.Huynh@doj.ca.gov
   Attorneys for Defendants Schwarzenegger, Tilton,
9  Ayers, Keller, and Farber-Szekrenyi

10 Paul Andrew Shields, CDCR # K-07524
   San Quentin State Prison
11 One Main Street
   San Quentin, CA 94964
12 Plaintiff in Pro Se

13

14              IN THE UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17
   PAUL SHIELDS,                          Case No. C 07-0157 RMW
18
                         Plaintiff,       **JOINT STIPULATION &**
19                                        XXXXXXXXXXXXXX **RDER**
              v.                          **DISMISSING PLAINTIFF'S**
20                                        **CLAIMS FOR INJUNCTIVE**
   GRAY DAVIS, et al.,                    **RELIEF WITH PREJUDICE**
21
                         Defendants.
22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Jt. Stipulation & [Proposed] Order Dismissing Pl.'s Claims Inj. Relief With Prejudice     *Shields v. Davis, et al.*
                                                                                          Case No. C 07-0157 RMW

1

On June 25, 2008, during a settlement conference before Magistrate Judge Nandor Vadas, Plaintiff Paul Shields and Defendants Schwarzenegger, Tilton, Ayers, Keller, and Farber-Szekrenyi stipulated to a dismissal of Plaintiff's claims for injunctive relief with prejudice, including the injunctive claims against all named defendants in this action. Each side shall bear its own costs and attorneys' fees relating to the claims for injunctive relief.

IT IS SO STIPULATED.

6/25/08
Date

Paul Shields
Plaintiff In Pro Se

6/25/08
Date

Neah Huynh
Deputy Attorney General
Attorney for Defendants Tilton, Ayers, Schwarzenegger, Keller, and Farber-Szekrenyi

IT IS SO ORDERED.

7/9/08
Date

/s/ Ronald M. Whyte

The Honorable Ronald Whyte
United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **P. A. Shields v. Davis, et al.**

No.:   **C 07-0157 RMW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 25, 2008**, I served the attached

**JOINT STIPULATION & [PROPOSED] ORDER DISMISSING
PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF WITH PREJUDICE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Paul Andrew Shields, K-07524
San Quentin State Prison
One Main Street
San Quentin, CA 94964**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 25, 2008**, at San Francisco, California.

| M.M. Argarin | _/s/ M.M. Argarin_ |
|---|---|
| Declarant | Signature |

20118852.wpd