***E-FILED - 2/12/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL ANDREW SHIELDS, | ) | No. C 07-0157 RMW (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL OF CLAIMS AGAINST UNSERVED DEFENDANTS WITHOUT PREJUDICE |
| v. | ) ) | |
| GRAY DAVIS, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

    Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 27, 2008, the court lifted a stay, re-opened the case, and ordered plaintiff to locate unserved defendants Chandler Dacanay, Karen Saylor, Terry Hill, Marshall B. Bishoff, and Diane Butler by providing the court with accurate and current identifying and location information for these individuals, such that the Marshal would be able to effect service upon them.

    The court further cautioned plaintiff that, "[i]f plaintiff fails to provide the court with the accurate and current locations, within **thirty (30) days** of the date this order is filed, plaintiff's claims against defendants Chandler Dacanay, Karen Saylor, Terry Hill, Marshall B. Bishoff, and Diane Butler will be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; the dismissal will be without prejudice to plaintiff refiling his complaint with such information."

Order of Dismissal of Claims Against Unserved Defendants Without Prejudice
P:\PRO-SE\SJ.Rmw\CR.07\Shields157dis4m.wpd

1  More than thirty days have passed, and plaintiff has not provided the court with any further
2  identifying or location information for defendants Chandler Dacanay, Karen Saylor, Terry Hill,
3  Marshall B. Bishoff, or Diane Butler.
4      Accordingly, plaintiff's claims against defendants Chandler Dacanay, Karen Saylor,
5  Terry Hill, Marshall B. Bishoff, and Diane Butler are DISMISSED without prejudice.
6      IT IS SO ORDERED.
7  DATED: __2/10/09_____          _____
                                      RONALD M. WHYTE
8                                     United States District Judge