*E-FILED - 7/14/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANDREW SHIELDS, ) Plaintiff, ) v. ) GRAY DAVIS, et al., ) Defendants. ) | No. C 07-0157 RMW (PR) JUDGMENT |

An order of judgment is hereby entered DISMISSING this action without prejudice for failure to exhaust. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/14/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.07\Shields157jud.wpd 1